**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| S.B. | : | No. 89 WAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| S.S. | : | |
| | : | |
| | : | |
| PETITION OF: S.S., RICHARD DUCOTE, | : | |
| ESQUIRE, AND VICTORIA MCINTYRE, | : | |
| ESQUIRE | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 11th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

In a child custody case, did the Pennsylvania Superior Court err in affirming the gag order in violation of Petitioners' rights under the First and Fourteenth Amendments to the United States Constitution and Article I, § 7 of the Pennsylvania Constitution when the order precluded the parent and attorneys from speaking publicly about the case in a manner that would identify the child involved?